# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2453

_____

SANDRA ROSENBERG,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

On appeal from the Public Employees Relations Commission.

March 29, 2018

PER CURIAM.

AFFIRMED.

ROBERTS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Sandra Rosenberg, pro se, Appellant.

David G. Tucker, Regional Counsel, Northeast Region, Department of Children and Families, Jacksonville, for Appellee.